No. 32,295

GEORGE E. McDONALD, *Plaintiff*, v. J. J. RHODES, Treasurer of the State of Kansas, *Defendant*.

(42 P. 2d 46)

Opinion filed December 8, 1934.

*J. H. Brady, N. E. Snyder* and *Leo McShane,* all of Kansas City, for the plaintiff.

*Roland Boynton,* attorney-general, and *Walter T. Griffin,* assistant attorney-general, for the defendant.

*Per Curiam:* Until a state officer-elect has qualified according to law he has no greater privilege of access to the affairs of the office than any other private citizen; and the incumbent in lawful possession of the office cannot be compelled by mandamus to permit the officer-elect to make an audit of such office before the latter has given his official bond and had it approved in conformity with the pertinent statutes.

Motion for alternative writ denied.